UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

CASE NO. 14-22852-CV-UNGARO

JORGE GUTIEREEZ, et al.

    Plaintiffs,
vs.

SEASALT AND PEPPER, LLC, CARLOS MIRANDA, AND STEPHANE DUPOUX,

    Defendants.

## DEFENDANT STEPHANE DUPOUX'S MOTION TO DISMISS COMPLAINT

Defendant, Stephane Dupoux ("Dupoux"), by and through undersigned counsel and pursuant to L. R. 7.1 and Federal Rule of Civil Procedure 12(B)(6), hereby moves to dismiss the Complaint for failure to state a claim upon which relief can be granted, and in support thereof, Dupoux submits the following memorandum of law.

## MEMORANDUM OF LAW

This is an FLSA lawsuit involving claims of unpaid overtime wages by former and current employees of the restaurant Seasalt and Pepper. Defendant Dupoux is named as defendant in this lawsuit in his individual capacity by virtue of his ownership interest in the restaurant Seasalt and Pepper. Plaintiffs are seeking to recover damages for lost overtime wages that they claim Seasalt and Pepper and Dupoux failed to pay him and asks the Court to declare that Seasalt and Pepper and Dupoux violated the Fair Labor Standards Act by, inter alia, failing to keep accurate time records as required by 29 U.S.C. §211 and failing to take affirmative steps to support a good faith defense.

Defendant Dupoux now seeks entry of an order of dismissal of Plaintiffs' FLSA claims for failure to state a claim upon which relief can be granted. Dupoux incorporates by reference the points raised and authorities cited in Defendant Seasalt and Pepper, LLC's Motion to dismiss filed on September 3, 2014. [ECF No. 21]. As more specifically set forth in the motion, the plaintiffs are employees of a service establishment that have been paid time and half their wages for all overtime hours and the record shows that they receive more than 50% of their wages from commissions comprised of their share in the mandatory service charge pool collected by the restaurant Seasalt and Pepper. As such, Plaintiffs are exempt from the overtime requirements of section 207 of the FLSA pursuant to 29 U.S.C. §207(i),

WHEREFORE, Defendant Stephane Dupoux asks that the Court enter an order dismissing the Complaint in its entirety, and (ii) granting such further relief as is just and appropriate.

Respectfully submitted,

ZARCO EINHORN SALKOWSKI & BRITO, P.A.
*Counsel for Defendant Seasalt and Pepper, LLC*
Miami Tower
100 S.E. 2nd Street, 27th Floor
Miami, Florida 33131
Telephone: (305) 374-5418
Telecopier: (305) 375-5428
By:  /s/ Beshoy Rizk
   ROBERT ZARCO
   Florida Bar No. 502138
   rzarco@zarcolaw.com
   ROBERT F. SALKOWSKI
   Florida Bar No. 903124
   rsalkowski@zarcolaw.com
   BESHOY RIZK
   Florida Bar No. 093808
   brizk@zarcolaw.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 22, 2014, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send a notice of filing to the following attorneys:

Amanda Elizabeth Kayfus
Morgan & Morgan PA
600 N Pine Island Road
Suite 400
Plantation, FL 33324
954-318-0268
Fax: 954-327-3017
akayfus@forthepeople.com

Counsel for Plaintiffs

                                                    /s/ Beshoy Rizk