UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-cv-22852-UU

JORGE GUTIERREZ,

    Plaintiff,

v.

SEASALT AND PEPPER, LLC, *et al.*,

    Defendants.
_____/

### ORDER

THIS CAUSE comes before the Court upon Plaintiff's Unopposed Motion for Voluntary Dismissal Without Prejudice. D.E. 72.

THE COURT has considered the motion and the pertinent portions of the record, and is otherwise fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that Plaintiff's Unopposed Motion, (D.E. 72), is GRANTED. Plaintiff's claims are DISMISSED WITHOUT PREJUDICE.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of March, 2015.

*Ursula Ungaro*

DISTRICT JUDGE

cc:
counsel of record via cm/ecf